205 So.2d 920

**Homer WARREN**

v.

**STATE.**

**6 Div. 542.**

Supreme Court of Alabama.

Jan. 11, 1968.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Richard A. Thompson, Tuscaloosa, opposed.

MERRILL, Justice.

Homer Warren was convicted of second degree murder and appealed. The judgment of conviction was reversed by the Court of Appeals and the State, by its Attorney General applied to the Supreme Court for certiorari to review the judgment and decision in Warren v. State, 44 Ala.App. 221, 205 So.2d 916.

Writ denied.

SIMPSON, COLEMAN and HARWOOD, JJ., concur.

203 So.2d 690

**William James YELDER**

v.

**STATE.**

**I Div. 490.**

Supreme Court of Alabama.

Nov. 9, 1967.

MacDonald Gallion, Atty.Gen., and Marlin Mooneyham, Asst.Atty.Gen., for petitioner.

John Grow, Mobile, opposed.

GOODWYN, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Yelder v. State, 44 Ala.App. 122, 203 So.2d 687 (1 Div. 202) reversing a judgment of conviction.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.